

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jermiah Joseph Delao,                    * From the 70th District Court
of Ector County,
Trial Court No. A-20-0904-CR.

Vs. No. 11-24-00055-CR               * April 11, 2024

The State of Texas,                  * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.